MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
CHARON MARTINEZ o/b/o          :
JOSAIAH A. RAMIREZ,            :
                               :
            Plaintiff,         :
                               :
      - v. -                   :
                               :   STIPULATION AND ORDER
                               :
MICHAEL J. ASTRUE,             :   07 Civ. 8848 (HB)
Commissioner of                :
Social Security,               :
                               :
            Defendant.         :
                               :
- - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from January 22, 2008 to and including March 24, 2008.  This extension is requested

because the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       January 3, 2008

Charon Martinez
_____
CHARON MARTINEZ o/b/o
JOSAIAH RAMIREZ
Plaintiff Pro Se
215 Eldridge Street
Apt. #3-C
New York, New York 10002
Telephone No: (646)750-1909

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: /s/ Susan D. Baird
_____
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

[Handwritten annotations by judge, partially legible: "I have as Ms Baird knows required on explanation for this in my views inexplicable delay — possible prejudice at may cause upon an expiration + hopefully a solution will result — and if the commission takes more than 30 days to respond Ms Baird is directed to schedule this + another conference that which she is familiar with that some period declaration may be initiated 30 days from ... date ..." / "SO ORDERED: [signature] U.S.D.J. 1/15/08" / "30 days from this date"]

Endorsement:

    I have as Ms. Baird knows required an explanation for this in my view inexplicable delay and the possible prejudice it may cause upon an explanation and hopefully a solution and will deal with this stipulation - and if the Commissioner takes more than 30 days to respond Ms. Baird is directed to schedule this and another conference with which she is familiar so that some formal action may be initiated 30 days from the date hereof will do.