UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
CHARON MARTINEZ o/b/o
JOSAIAH A. RAMIREZ,

          Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.
-------------------------------------------------------x

07 Civ. 8848 (HB)

**ORDER**

**Hon. Harold Baer, Jr., District Judge:**

WHEREAS on March 20, 2008, the parties and I met in my Chambers with respect to several concerns and this Order follows the resolution of those concerns, it is hereby

ORDERED that the Defendant file and serve his motion for judgment on the pleadings by April 24, 2008; and it is further

ORDERED that the Plaintiff file and serve her opposition to the Defendant's motion for judgment on the pleadings by May 30, 2008, and that if she does not do so by that date her case will be dismissed.

**SO ORDERED.**

March __, 2008
New York, New York

                                          U.S.D.J.

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08